No. 01–1179. BANK OF AMERICA, N. A., INDIVIDUALLY, AND AS SUCCESSOR TO SECURITY PACIFIC NATIONAL BANK *v.* ABRAHAM ET AL.; and

No. 01–1187. NORCAL WASTE SYSTEMS, INC., ET AL. *v.* ABRAHAM ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 265 F. 3d 811.

No. 01–1623. IN RE WISCHKAEMPER ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–77. BARRON *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 02–155. GALLEGOS *v.* PRINCIPI, SECRETARY OF VETERANS AFFAIRS. C. A. Fed. Cir. Certiorari denied.

No. 02–194. FLEMING *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 02–269. PEREZ *v.* MIAMI-DADE COUNTY, FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 02–300. EPPENDORF-NETHELER-HINZ GMBH *v.* RITTER GMBH ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–338. UNITED FEDERAL LEASING, INC. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–374. OBERHAUSER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–442. UNITED STATES *v.* SCIALABBA ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–519. SLOAN *v.* CHRISTY ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–521. SCHUEHLE *v.* NORTON, SECRETARY OF THE INTERIOR, ET AL. C. A. 5th Cir. Certiorari denied.